Bates' Administrator *v.* Simpson and Others.

Where an allowance made by a Court of Common Pleas, against an estate, is the foundation of an action, a transcript thereof should be filed with the complaint.

APPEAL from the *Vanderburgh* Common Pleas.

Hanna, J.—The complaint avers, that before the filing thereof, " a complaint which had been, previously, etc., within the time prescribed by the statute, filed, in favor of said plaintiffs, against said estate, for the sum of two hundred and two dollars and two cents, was allowed by this Court, at its December term of said year." Ability to pay and non-payment were averred. A demurrer to the complaint was overruled, judgment against defendant.

It. is urged, that the complaint is defective, because no

copy of the record of allowance, nor of the claim allowed, is filed, and we are cited to *Reasor* v. *Raney*, 14 Ind. 441.

The allowance made by the Court appears to have been the foundation of the action, and a transcript should, therefore, have been filed with the complaint, which was had in its absence.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded.

*Asa Iglehart*, for the appellant.

*Charles E. Marsh*, for the appellees.